# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| EDWIN OTERO, JUSTIN JOSEPH, ANTHONY BASILICI, VINICIUS ZANGRANDE, KRYMEII FRAY, BROOKE COTELL, RONNY BAAMS, TONY JOHNSON, ERIC BRANDO, JOSHUA JOHNSON, and KIMBERLY LOPES | ) ) ) ) ) ) | Case No. 19·MJ·2210·MBB |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 2018 to Present** in the county of **Barnstable** in the **_____** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute heroin. |

This criminal complaint is based on these facts:

See Affidavit of DEA Supervisory Special Agent Ryan J. Rapazsky attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan J. Rapazsky, DEA Supervisory Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/17/2019

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Marianne B. Bowler, US Magistrate Judge
*Printed name and title*